LAW OFFICES
# MARK SCHERZER
**110 LASHER AVE**
**GERMANTOWN, NY 12526**

**MARK SCHERZER**
―――――――――――
**A. CHRISTOPHER WIEBER**

TELEPHONE: 212.406.9606
TELECOPIER: 212.964.6903
markscherzerlaw@verizon.net

August 11, 2022

**By CM/ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022
```

      RE: *Rebecca Marlowe v. WebMD LLC and New York Life Group Life Ins. Co.*
           *Case No. 1:22 CV 03284  (MKV)*

Your Honor:

    I am attorney for plaintiff in this action which was commenced by plaintiff pro se in the Supreme Court, New York County, by a Summons with Notice, and was removed to this Court by defendant New York Life Group Life Ins. Co.  I write with the consent of counsel for New York Life.  No appearance has yet been made on behalf of WebMD, LLC.

    The Court has scheduled a Initial Pretrial Conference for August 18, 2022, with a proposed scheduling order due to be submitted today.  I appeared for plaintiff on July 14 and filed a complaint setting forth her claims today, the first formal articulation of her claims to defendants.  I am advised that the specifics of WebMD's representation have not been decided. In light of this, I request, with the consent of New York Life's counsel, a two week adjournment of the Preliminary Conference to allow time for a discussion of the discovery which may be necessary to address those claims and any contemplated motions.  There have been no prior adjournments of the Conference.

                                               Respectfully submitted,

                                               /s/ Mark Scherzer
                                               Mark Scherzer
                                               Attorney for Plaintiff

MS:
cc:  Kevin Horbatiuk, Esq.
     Web MD Health Corp (by mail)
     Rebecca Marlowe

---

This request is GRANTED.  The Initial Conference will take place on September 1, 2022 at 12:00 p.m. in person in Courtroom 18C of 500 Pearl Street, New York, NY 10007.  Joint letter and proposed Case Management Plan due August 25, 2022.

Date: August 11, 2022     */s/ Mary Kay Vyskocil*
New York, New York          Mary Kay Vyskocil
                                    United States District Judge