UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA MARLOWE, *Individually and as Executrix of the Estate of Erin Kelly*,<br><br>Plaintiff,<br><br>-against-<br><br>WEBMD, LLC and NEW YORK LIFE GROUP INSURANCE COMPANY OF NY,<br><br>Defendants. | 22-cv-3284 (MKV)<br><br>**ORDER OF DISMISSAL** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Defendant informing the Court that the parties have reached a settlement in principle. [ECF No. 54.] Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by January 19, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: December 14, 2023
   New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**